Index # **1:16-CV-04373**

Attorney(s)                  Purchased/Filed: June 10, 2016

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Linda I Slone

Plaintiff

against

Cafe Tallulah LLC et al

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 55 Yrs.
Weight: 120 Lbs.  Height: 5'  Sex: Female  Color of skin: White
Hair color: Brown  Other:

Sean Warner, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on July 7, 2016, at 11:29 AM, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons in a Civil Action & Complaint, First Set of Civ Rule 33.1 Interrogatories

on

**Dalmau Equities LLC**

,

the Defendant in this action, by delivering to and leaving with Sue Zouky AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

7th day of July 2016

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Sean Warner

Invoice·Work Order # 1614526
Attorney File # **Slone**